IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **CIVIL ACTION NO. 1:05-CV-1523** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **VERA HOPKINS,** *f/k/a* **VERA MARRERO,** : | |
| **Defendant** : | |

## ORDER

AND NOW, this 22nd day of August, 2006, upon consideration of plaintiff's motion for disbursement of funds (Doc. 13) from the sale of real property located at 1832 Red Wing Lane, Dover, Pennsylvania, and of the order of court dated July 18, 2006 (Doc. 12), confirming the sale of that property, it is hereby ORDERED that the motion (Doc. 13) is GRANTED.  The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 13).

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge